IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH - CENTRAL DIVISION

| | |
|---|---|
| DAVID R. HITTLE,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF UTAH; ROBIN REESE, District Judge in Third District of Utah; CONSTANDINOS HIMONAS, District Judge in Third District of Utah,<br><br>Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:06-CV-415<br><br>Judge Dee Benson |

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Brooke C. Wells on July 25, 2006 recommending that Plaintiff's claims be DISMISSED.

The parties were notified by mail of their right to file objections to the Report and Recommendation within ten (10) days after receiving it. Plaintiff filed a timely response. But Plaintiff's response does not address any of the substantive explanations given by the magistrate judge for dismissing Plaintiff's case. Having reviewed all relevant materials, including the reasoning set forth in the magistrate judge's Report and Recommendation, the Court ADOPTS the Report and Recommendation and DISMISSES Plaintiff's case.

**IT IS SO ORDERED.**

DATED this 21st day of August, 2006.

_____
Dee Benson
United States District Judge